Edward Zator, Appellee, v. Walter J. Cummings and Daniel C. Green, Receivers, et al., Trading as Chicago Surface Lines, Appellants.

Gen. No. 41,865.

Heard in second division, first district, this court at October term, 1941; opinion filed June 19, 1942; rehearing denied July 1, 1942. Frank L. Kriete, Charles E. Green and Arthur J. Donovan, for appellants; John R. Guilliams and William J. Flaherty, of counsel; Wachowski & Tyrakowski, for appellee; Casimir R. Wachowski, of counsel. Opinion by PRESIDING JUSTICE SCANLAN. "Not to be published in full."